UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MITCHELL NEWMAN,

                Plaintiff,

- against -

MOSHE MOR, et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**

08 CV 658 (RJD) (CLP)

DEARIE, Chief Judge.

This Court has reviewed the Report & Recommendation of Magistrate Judge Cheryl L. Pollak, dated March 10, 2009. Objections to the Report & Recommendation were to be filed on or before March 27, 2009. No objections have been filed.

The Court adopts the Report & Recommendation in its entirety.[1] Judgment should therefore be entered against the defendants, jointly and severally,[2] in the amount of $522,500, plus $65,706.16 in pre-judgment interest, as well as post-judgment interest in accordance with 28 U.S.C. § 1961.

The Report & Recommendation invited additional submissions in support of plaintiff's request for reimbursement of litigation costs, to be filed by March 23, 2009. (See R&R 15-16.) No such filings were made, and this Court is not in a position to award costs pursuant to 29

---

[1] The Court notes one minor typographical error: plaintiff requested entry of default and the Clerk of Court entered default on June 18, 2008, not June 18, 2005, as stated in the Report & Recommendation at page 6.

[2] As stated in the Report & Recommendation, individual defendant Vradii is jointly and severally liable with the other defendants for the $16,000 she received directly from plaintiff to cover certain expenses related to the subject transaction. All other defendants are liable for the full amount of damages. (See R&R 16.)

U.S.C. § 1132(g)(2)(D). Plaintiff's request is therefore denied, as are his requests for award of attorney's fees and punitive damages.

SO ORDERED.

Dated: Brooklyn, New York
March 3o, 2009

s/Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge